# EXHIBIT B

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,542,742**

## United States Patent and Trademark Office

Registered Dec. 9, 2008

### TRADEMARK
#### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEAT PANTS, JEANS, PANTS, SWEATERS, SKIRTS, DRESSES, JACKETS, COATS, UNDERGARMENTS, HATS, SOCKS AND FOOTWEAR , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1989; IN COMMERCE 4-1-1989.

OWNER OF U.S. REG. NOS. 2,216,575, 2,408,082 AND OTHERS.

THE MARK CONSISTS OF A HORSESHOE AND A PLUS DESIGN.

SER. NO. 77-320,249, FILED 11-2-2007.

JOHN HWANG, EXAMINING ATTORNEY