# EXHIBIT C

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,216,575**

Registered Jan. 5, 1999

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: CLOTHING; NAMELY, TEE SHIRTS,
SHIRTS, TANK TOPS, PANTS, CHAPS JEANS,
SWEATERS AND JACKETS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND
2,118,026.

SER. NO. 75-490,651, FILED 5-26-1998.

CARYN HINES, EXAMINING ATTORNEY