# EXHIBIT E

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,388,911**

Registered Feb. 26, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)

915 N. MANSFIELD

HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, SWEATERS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1988; IN COMMERCE 1-2-1988.

SER. NO. 78-825,591, FILED 2-28-2006.

KELLY CHOE, EXAMINING ATTORNEY