# EXHIBIT F

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,606,059**

## United States Patent and Trademark Office    Registered Apr. 14, 2009

### TRADEMARK
#### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, JEANS, PANTS, JACKETS, COATS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,267,866 AND 3,385,415.

THE MARK CONSISTS OF A CROSS DESIGN.

SER. NO. 77-592,403, FILED 10-14-2008.

JENNIFER MARTIN, EXAMINING ATTORNEY