# EXHIBIT G

# United States of America
## United States Patent and Trademark Office

# CHROME HEARTS

**Reg. No. 7,864,737**
**Registered Jul. 15, 2025**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Chrome Hearts LLC  (DELAWARE LIMITED LIABILITY COMPANY)
915 N. Mansfield
Hollywood, CALIFORNIA 90038

CLASS 25: Aprons; Bandanas; Berets; Boas; Bodices; Boots; Brassieres; Camisoles; Coats; Cuffs; Dresses; Footwear; Gloves; Hats; Headbands; Headwear; Hoods; Hosiery; Kimonos; Leggings; Mittens; Muffs; Neckties; Overalls; Overcoats; Pajamas; Panties; Pants; Parkas; Ponchos; Pullovers; Scarves; Shawls; Shirts; Skirts; Skorts; Smocks; Socks; Stockings; Suits; Suspenders; Sweaters; Tights; Underclothing; Underpants; Underwear; Veils; Vests; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Athletic footwear; Bath robes; Bathing suits; Bathing trunks; Beach coverups; Beach dresses; Beach hats; Belts for clothing; Bodies being underclothing; Boxer shorts; Caps being headwear; Clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumper coveralls; Corsets being clothing; Dressing gowns; Ear muffs; Embroidered clothing, namely, shirts, pants, jackets, dresses, hats and skirts; Fingerless gloves; Fittings of metal for footwear in the nature of heelpieces; Fittings of metal for footwear in the nature of toe caps; Fur stoles; Furs being clothing; Gaberdines; Jerseys being clothing; Jumper dresses; Jumpers in the nature of sweaters; Knitwear, namely, shirts, dresses and sweaters; Leg warmers; Masquerade costumes; Money belts; Neck scarves; Pocket squares; Protective neck and arm guards made of neoprene or other materials to prevent wetsuit chafing; Ready-made linings being parts of clothing; Short-sleeve shirts; Slips being underclothing; Teddies being underclothing; Tee shirts; Top coats; Wristbands as clothing; Denim jackets; Down jackets; Motorcycle jackets; Outer jackets; Rain jackets; Shell jackets; Ski jackets; hoodies; shorts

FIRST USE 4-1-1989; IN COMMERCE 4-1-1989

The mark consists of the wording "CHROME HEARTS" in stylized font.

OWNER OF U.S. REG. NO. 1665791, 2408082, 2118124

SER. NO. 98-782,565, FILED 10-02-2024



Acting Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time  periods  for  filing  are  based  on  the  U.S.  registration  date  (not  the  international  registration  date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued  registrations.  See  15  U.S.C.  §§1058,  1141k.  However,  owners  of  international  registrations  do  not  file renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying  international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid  Protocol,  before  the  expiration  of  each  ten-year  term  of  protection,  calculated  from  the  date  of  the international  registration.  See  15  U.S.C.  §1141j.  For  more  information  and  renewal  forms  for  the  international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions  of  protection,  you  can  file  the  registration  maintenance  documents  referenced  above  online  at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.