# EXHIBIT H

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,876,161**

**Registered Nov. 16, 2010**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: FURNITURE, NAMELY, TABLES, DESKS, CHAIRS, SOFAS, CABINETS, DRESSERS, DISPLAY CABINETS, MIRRORS AND PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

THE MARK CONSISTS OF A SERIES OF OVERLAPPING, STYLIZED CROSSES.

SER. NO. 77-954,584, FILED 3-9-2010.

KELLY CHOE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office