# EXHIBIT J

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39 and 41**

**Reg. No. 2,118,026**

## United States Patent and Trademark Office

Registered Dec. 2, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: LEATHER BAGS, NAMELY, HANDBAGS, BACK PACKS, TOTE BAGS, SHOULDER BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4–0–1989; IN COMMERCE 4–0–1989.

FOR: MEN'S AND WOMEN'S CLOTHING, NAMELY, PANTS, SHIRTS, TEE SHIRTS, SWEATERS, JACKETS, VESTS, CHAPS, SKIRTS, BELTS, UNDERWEAR, GLOVES, SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4–0–1989; IN COMMERCE 4–0–1989.

OWNER OF U.S. REG. NO. 1,665,791.

SER. NO. 75–216,124, FILED 12–20–1996.

ROBERT C. CLARK JR., EXAMINING ATTORNEY