# EXHIBIT K

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,619,674**
**Registered Oct. 14, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEAT PANTS, VESTS, SWEATERS, JEANS, PANTS, CHAPS, DRESSES, SKIRTS, JACKETS, COATS, UNDERWEAR, SWIMWEAR, HATS, SOCKS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 86-043,339, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**