AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> All Star Elite LLC, a Virginia Limited Liability Company; et.al., (SEE ATTACHED RIDER TO SUMMONS) <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  All Star Elite LLC
100 Landmark Sq.,
Virginia Beach, VA 23452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brent H. Blakely (SBN 157292)
> Tara Currie (SBN 323984)
> BLAKELY LAW GROUP
> 1108 Manhattan Ave., Unit B
> Manhattan Beach, California 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR ELITE LLC, a Virginia Limited Liability Company; ALL STAR ELITE RETAIL LLC, a Virginia Limited Liability Company; WATSON APPAREL LLC, a Virginia Limited Liability Company; JEFFERY WATSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.<br><br>**RIDER TO SUMMONS: FULL LIST OF DEFENDANTS** |

TO THE COURT, the following is a complete list of all defendants named in this action:

1. ALL STAR ELITE RETAIL LLC, a Virginia Limited Liability Company

2. WATSON APPAREL LLC, a Virginia Limited Liability Company

3. JEFFERY WATSON, an individual

4. DOES 1-10, inclusive

Dated:      May 19, 2026           BLAKELY LAW GROUP


By:     */s/ Brent H. Blakely*
Brent H. Blakely (BB1966)
1108 Manhattan Ave, Unit B
Manhattan Beach, CA 90266
Telephone: 310-546-7400
***Attorneys for Plaintiff***
***Chrome Hearts LLC***

RIDER TO SUMMONS: FULL LIST OF DEFENDANTS