USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHROME HEARTS LLC,

Plaintiff,

-v-

ALL STAR ELITE LLC, et al.,

Defendants.

26-cv-4164 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The request for entry of a protective order at Dkt. No. 23 is DENIED without prejudice for failure to limit the discovery material that may be designated as confidential to material "the public disclosure of which is either restricted by law or will cause harm to the business, commercial, financial or personal interests of the producing person and/or a third party to whom a duty of confidentiality is owed," the failure in paragraph 3 to limit the Attorneys' Eyes Only category to a subset of Confidential Discovery Material, and the failure in paragraphs 17 and 18 to refer to the standards of Federal Rule of Evidence 502(d).

SO ORDERED.

Dated: November 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge